John Fink, Respondent, v. Simon Menke, Appellant.— Appeal by the defendant from a judgment rendered in favor of the plaintiff in the Municipal Court, second distri t, borough of Manhattan. Leventritt & Brennan, for Respondent; Benedict & Flint, for Appellant. Per Curiam. Reargument ordered. No opini n.

Catherine McNally, Respondent, v. The Metrop litan Street Railway Co., Appellant.— Appeal by the defendant from a judgment rendered in favor of the plaintiff in the Municipal Court, fourth distri t, borough of Manhattan. Henry A. Robinson, for Appellant; John C. Robinson, for Respondeut Per Curiam. Judgment affirmed, with costs. No opinion.

Thomas C. Steele, Respondent, v. Metropolitan Street Railway Co., Appellant.— Appeal by the defendant from a judgment rendered in favor of the plaintiff in the Munici al Court, eleventh district, borough of Manhattan. Henry A. Robinson, for Appellant; Read & Hatting, for Respond en . Judgment affirmed, with costs. No opinion.

Patrick Lee, Respondent, v. The Metropolitan Street Railway Co., Appellant —Appeal by the defendant from a judgment of the General Term of the City Court affirming a judgment of the Trial Term of the City Court, entered upon the verdict of a jury in favor of the plaintiff. Henry A. Robinson, for Appellant; William O. Miles, for Respondent. Per Curiam. Judgment affirmed, with costs. No opinion.

Charles Clarke, Respondent, v. The Metropolitan Street Railway Co., Appellant.— Appeal by the defendant from a judgment rendered in the Municipal Court, tenth di-trict, borough of Manhattan. Henry A. Robinson, for Appellant; Edward A. Scott, for Respondent. Judgment affirmed, with costs. No opinion.

Albert J. Piercy, Respondent, v. The Metropolitan Street Railway Co., Appellant.— Appeal by the defendant from a judgment entered upon the verdict of a jury in favor of the plai tiff in the Municipal Court, third district, borough of Manhattan. Henry A. Robinson, for Appellant; Oliver C. Semple, for Respondent. Reargument ordered. No opinion.

### BEFORE BEEKMAN, P. J., GIEGERICH AND O'GORMAN, JJ.

Pasquale Squilanti, an Infant, by Nunzio Squilanti, his Guardian ad Litem, Respondent, v. The Metropolitan Street Railway Co., Appellant.— Appeal by defendant from a judgment of the General Term of the City Court of New York, affirming a judgment in favor of plaintiff. Henry A. Robinson (John T. Little, Jr., of counsel), for Appellant; M. P. O'Connor (J. Bronson Ker, of counsel), for Respondent. Judgment affirmed, with costs. No opinion.

## SUPREME COURT — APPELLATE TERM, MARCH, 1900.

### BEFORE TRUAX, P. J., SCOTT AND DUGRO, JJ.

Magdalena Schwartz, Respondent, v. The Supreme Lodge, Knights and Ladies of Honor, Appellant.— Appeal from a judgment in favor of plaintiff. Henry F. Lippold, for Appellant; Roesch & Steiner, for Respondent. Judgment affirmed, with costs. No opinion.

The Empire City Marble Co., Respondent, v. The Standard Structural Co., Appellant.— Appeal from an order of affirmance of the General Term of the City Court of New York. John C. Wait, for Appellant; Byram L. Winters, for Respondent. Order affirmed, with costs. No opinion.

Laura A. Toy, Respondent, v. The Long Island Railroad Co., Appellant.—Appeal from a judgment in favor of plaintiff. William J. Kelly, for Appellant ; John P. East, for Respondent. Judgment affirmed, with costs. No opinion.

## CITY COURT OF NEW YORK, GENERAL TERM, DECEMBER, 1899.

### BEFORE FITZSIMONS, C. J., AND HASCALL, J.

Ferdinand Elsterman, Respondent, v. Cornelius Kahlen, Appellant.— Appeal from a judgment in favor of plaintiff. Charles Oakes, for Appellant; Heyn & Covington (Herbert A. Heyn of counsel), for Respond ent Judgment affirmed, with costs. No opinion.